■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAMADOU BARRY, Appellant. [52 NYS3d 224]—

Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered September 10, 2015, convicting defendant, after a nonjury trial, of forcible touching, and sentencing him to a term of one year, unanimously affirmed.

The record supports the court's determination that, notwithstanding an unduly suggestive lineup, the victim had an independent source for an in-court identification of defendant (*see Neil v Biggers*, 409 US 188, 199-200 [1972]; *People v Williams*, 222 AD2d 149, 153 [1st Dept 1996], *lv denied* 88 NY2d 1072 [1996]). The victim recognized defendant as someone she had encountered numerous times in the area of her work over the course of approximately two years, and she had ample opportunity to view her assailant during the crime, for a period of minutes under good lighting conditions. Concur—Friedman, J.P., Richter, Moskowitz, Gische and Kapnick, JJ.